```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MONA C. TURNER,
                                             Civil No. 07-CV-10642
                         Plaintiff,          (LBS)(GWG)

        -against-                            ECF CASE

ELVIN A. ORTEGA and LAWRENCE UNITED           NOTICE OF REMOVAL
EXPRESS,

                         Defendants.
-----------------------------------------X
```

TO:   THE JUDGES OF THE UNITED STATES DISTRICT
      COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

   Defendants, ELVIN A. ORTEGA and LAWRENCE UNITED EXPRESS, by their attorneys, BRAND GLICK & BRAND, P.C., respectfully represent as follows:

   1.   The plaintiff commenced an action supported by a Complaint, entitled MONA C. TURNER, vs. ELVIN A. ORTEGA and LAWRENCE UNITED EXPRESS, in the New York State Supreme Court, County of Bronx, Index No.: 301300/07.  A true and correct copy of the Complaint is annexed hereto as Exhibit "A".

   2.   The above-entitled State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action, wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

   3.   As set forth in the Complaint, the plaintiff brings a claim for personal injuries allegedly caused by the negligence of the defendants in a motor vehicle accident that occurred in Bronx County, State of New York.  Plaintiff seeks monetary damages in the amount of one million dollars.

4.   As alleged in the Complaint, plaintiff resides in Bronx County, New York.   Defendant, ELVIN A. ORTEGA resides in Massachusetts and defendant, LAWRENCE UNITED EXPRESS similarly resides in Massachusetts.

5. It is clear then, that diversity of citizenship is established.

WHEREFORE, defendants pray that the above action now pending against them in the Supreme Court of the State of New York, County of Kings be removed therefrom to this Court.

Dated: Garden City, New York
       November 27, 2007

                         Respectfully submitted,

                         BRAND GLICK & BRAND, PC
                         Attorneys for Defendants
                         ELVIN A. ORTEGA and LAWRENCE UNITED
                         EXPRESS,

BY: _____
     Heather Hammerman (HH 6404)
     600 Old Country Road, Suite 440
     Garden City, New York 11530
     (516) 746-3500