```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MONA C. TURNER,

                    Plaintiff,           Civ No.07-10642
                                         (LBS)(GWG)

     -against-                           CORPORATE DISCLOSURE
                                         STATEMENT
ELVIN A. ORTEGA and LAWRENCE UNITED
EXPRESS,                                 ECF CASE

                    Defendants.
----------------------------------------X
```

Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York, the undersigned respectfully certifies the following upon information and belief:

Defendant, LAWRENCE UNITED EXPRESS, is not a publicly held corporation.

Dated:    Garden City, New York
          November 27, 2007

                              Respectfully submitted,

                              BRAND GLICK & BRAND, PC
                              Attorneys for Defendants
                              ELVIN A. ORTEGA and LAWRENCE UNITED
                              EXPRESS

                              _____
                         BY:  Heather Hammerman (HH 6404)
                              600 Old Country Road, Suite 440
                              Garden City, New York 11530
                              (516) 746-3500