MAR-10-2008 MON 04:22 PM LAW OFFICE  FAX NO. 2013462098   P. 02
MAR-10-2008 MON 04:09 PM Brand Glick &Brand   FAX NO. 5162 349744   P. 02

Case 1:07-cv-10642-LBS   Document 4   Filed 03/11/2008   Page 1 of 1

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MONA C. TURNER,

        Plaintiff,

  -against-

ELVIN A. ORTEGA and
LAWRENCE UNITED EXPRESS,

        Defendants.
----------------------------------------X

**STIPULATION**

07 CV 10642

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the conference previously scheduled on March 12, 2008 at 10:00 am is adjourned at plaintiff's request to April 1, 2008 at 10:00 am.

BRAND, GLICK & BRAND, P.C.

By: _____
Heather Hammerman, Esq. (HH 6404)
Attorneys for Defendants
Lawrence United Express &
Elvin Ortega
600 Old Country Road, Suite 440
Garden City, New York 11530

SCOTT INWALD ESQ.

By: _____
Scott Inwald, Esq,
Attorneys for Plaintiff
2125 Center Avenue
Suite 110
Fort Lee, NJ 07024



3/11/08

**MEMO ENDORSED**